

FILED
JUN 3 0 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-0063-KJD-RJJ |
| OSCAR FRIGER, | ) ) | |
| Defendant. | ) ) | |

### ORDER OF FORFEITURE

This Court found on March 30, 2010, that OSCAR FRIGER shall pay a criminal forfeiture money judgment of $400,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from OSCAR FRIGER a criminal forfeiture money judgment in the amount of $400,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title
2 | 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
3 | DATED this 30th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE